Herlihy, P. J., Aulisi, Staley, Jr., Cooke, and Sweeney, JJ., concur.

In the Matter of JANE I. GILROY et al., Appellants, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, et al., Respondents.—

Herlihy, P. J., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur.

In the Matter of TIMOTHY J. FOGARTY, Respondent, v. JOHN P. LOMENZO, as Secretary of State of the State of New York, and JOHN L. LARKIN et al., Appellants.—